IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-04-4158 |
| JONATHAN STEED, ANTONIO TORRES, Individually and as Administrator of the Estate of Antonio Torres, II, and IMELDA TORRES, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the Court has granted Plaintiff's Motion for Summary Judgment (Document No. 36), the Court hereby

ORDERS that final judgment be entered in favor of Plaintiff Royal Surplus Lines Insurance Company. Defendant Jonathan Steed is not an insured under the insurance policies Plaintiff issued to Delta Tau Delta International, Inc. Further, Plaintiff has no duty to defend or indemnify Defendant Jonathan Steed in the action filed in the Statutory Probate Court of Hidalgo County, Texas.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 23rd day of December, 2005.

_____

DAVID HITTNER

United States District Judge